JEFFREY T. HAMMERSCHMIDT, #131113
ATTORNEY AT LAW
1327 "N" STREET
FRESNO, CALIFORNIA 93721
TEL.: (559) 233-5151
FAX: (559) 266-9403
Attorney for Defendant, MANUEL CHAVEZ GALVAN

FILED
JUN - 5 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )    CASE NO. 1:06-cr-00025 OWW
          Plaintiff,       )
                           )    SUBSTITUTION OF ATTORNEY
vs.                        )
                           )
MANUEL CHAVEZ GALVAN       )
          Defendant.       )
_____)

I, MANUEL CHAVEZ GALVAN, defendant, hereby substitutes as my attorney of record, in the above captioned matter, Jeffrey T. Hammerschmidt, #131113, Address: 1327 "N" Street; Fresno, California, 93721; Telephone: (559) 233-5151; Facsimile: (559) 266-9403, in place of and stead of Francine Zepeda of the Office of the Federal Defender.

DATED: 4-14-06

_____
MANUEL CHAVEZ GALVAN

I consent to the above substitution.

DATED: 4-21-06

_____
FRANCINE ZEPEDA

I ACCEPT to the above substitution.

DATED: 4-14-06

_____
JEFFREY T. HAMMERSCHMIDT

Page 1 of 2

## ORDER

Substitution of Attorney is hereby approved.

Dated: 6-1-06

_____
U.S. DISTRICT JUDGE/MAGISTRATE